# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE STREETER, <br> Plaintiff, <br> v. <br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br> Defendant. | Case No.: 1:18-cv-01276-SKO <br><br> ORDER EXTENDING BRIEFING SCHEDULE <br><br> Doc. 13 |

Based upon the parties' stipulation (Doc. 13), and for good cause shown,

IT IS HEREBY ORDERED, that Plaintiff SHALL have a 28-day extension of time, from May 9, 2019, up to and including June 6, 2019, in which to file Plaintiff's Opening Brief. All other deadlines set forth in the September 20, 2018 Scheduling Order (Doc. 5), SHALL be extended accordingly.

IT IS SO ORDERED.

Dated: **May 6, 2019**          /s/ *Sheila K. Oberto*
                                 UNITED STATES MAGISTRATE JUDGE