PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
WYETH MCADAM
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 268-5610
    Facsimile: (415) 744-0134
    E-mail: Wyeth.McAdam@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| CONNIE STREETER, | Case No.: 1:18-cv-01276-SKO |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME AND ORDER** |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant.[1] | |

    IT IS HEREBY STIPULATED, by and between Connie Streeter (Plaintiff) and Andrew Saul, Commissioner of Social Security (Defendant), by and through their respective counsel of record, that, with the Court's approval, Defendant shall have an extension of time of forty-five

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). *See also* section 205(g) of the Social Security Act, 42 USC 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

Stip. & Order for Ext., 1:18-cv-01276-SKO

(45) days to file her Opposition to Plaintiff's Opening Brief. The current due date is June 21, 2019. The new date will be August 5, 2019. All other deadlines will extend accordingly.

Defense counsel needs an extension of time because the attorney responsible needs more time to draft the response and manage her other cases with 7 briefs due this month and 8 due next month. In addition, defense counsel is on leave for a week in July. This request is made in good faith with no intention to delay unduly the proceedings. Counsel apologizes to the Court for any inconvenience this delay may cause.

This is Defendant's first request for an extension.

Respectfully submitted,

Dated: June 24, 2019
PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ S. Wyeth McAdam*
S. WYETH McADAM
Special Assistant United States Attorney
Attorneys for Defendant

*/s/ Brian C. Shapiro*
BRIAN C. SHAPRIO
Attorney for Plaintiff
LAW OFFICES OF LAWRENCE D. ROHLFING
(*As authorized via e-mail on June 22, 2019)

**ORDER**

Pursuant to the parties' above stipulation (Doc. 16), for good cause shown, Defendant shall respond to Plaintiff's opening brief by no later than August 5, 2019. All corresponding briefing deadlines set forth in the Scheduling Order, (Doc. 5), are hereby modified accordingly.

IT IS SO ORDERED.

Dated: **June 25, 2019**     */s/ Sheila K. Oberto*

Stip. & Order for Ext., 1:18-cv-01276-SKO

UNITED STATES MAGISTRATE JUDGE

Stip. & Order for Ext., 1:18-cv-01276-SKO