# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE STREETER, | ) Case No.: 1:18-cv-01276-SKO (SS) |
| Plaintiff, | ) ORDER AWARDING EQUAL |
| vs. | ) ACCESS TO JUSTICE ACT |
| ANDREW SAUL, | ) ATTORNEY FEES AND EXPENSES |
| Commissioner of Social Security, | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| Defendant | ) (Doc. 22) |

Based upon the parties' stipulation for the award and payment of Equal Access to Justice Act fees, costs, and expenses (Doc. 22),

IT IS HEREBY ORDERED that attorney's fees and expenses in the amount of four thousand one hundred sixteen dollars ($4,116.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), be awarded subject to the terms of the stipulation, (Doc. 22).

IT IS SO ORDERED.

Dated: **February 13, 2020**           /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE